UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In RE:

Asa K. Seeley and Lynne A. Seeley

Debtors

Case No. 10-11636-fjb
Chapter 11

## AMENDED NOTICE OF 521 STATEMENT OF SURRENDER

PLEASE TAKE NOTICE that parties in interest shall have **twenty (20) days from the date this Notice is served** to file an objection to Debtors' Statement per 11 U.S.C. sec. 522(b)(2)(A) to allow the surrender of Debtors' property **30 Glendon Way, Chatham, MA 02659** to the two secured interest Creditors, Chase and M&I Bank. Objections must be filed in writing in accordance with Local Rules with the Clerk's Office and served on the attorney for the Debtors at the addresses listed below. If no objection is timely filed, the property shall be deemed surrendered to the two secured interest creditors.

### Certificate of Service

I hereby certify that a copy of the attached Motion was served upon the U.S. Trustee and all parties of record through the Court's ECF System.

/s/ Robert A. Prousalis
Robert A. Prousalis, Esq. (# 640785)
Counsel to Debtor
50 Salem Street, Bldg. B
Lynnfield, MA 01940
781-246-2000

In re: Asa K. Seeley and Lynne A. Seeley          Case No.  10-11636-fjb
                Case No. 10-11636-fjb             Chapter:  11

## PART A

SECURED INTEREST CREDITOR:              PROPERTY: **30 Glendon Way,**
**Chase**                                **Chatham, MA  02659**
**M& I Bank**

Debtors are opting **to surrender** subject property to the secured interest Creditor.

## PART B

There are no lessor's in subject property.

**We declare under the penalties of perjury that the above indicates our intention as to subject property.**

Date:  6/19/10                          Signature: /s/ Asa K. Seeley

                                        Signature:/s/ Lynne A. Seeley

cc: US. Trustee and all parties through ECF