**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Asa K Seeley and Lynne A Seeley

**Case/AP Number** 10-11636 **-FJB**

**Chapter** 11

Doc# 20 Motion filed by Creditor Marshall & Ilsley Bank for Relief from Stay Re: 30 Glendon Way, South Chatham, MA 02659

**COURT ACTION:**

_____Hearing held

_____Granted         _____ Approved _____Moot

_____Denied          _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed. Movant is hereby granted relief from the automatic stay to exercise its rights as to the property and, until the Debtors receive a discharge, to preserve its rights as to a potential deficiency.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 7/1/2010

Frank J. Bailey
United States Bankruptcy Judge