**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Asa K Seeley and Lynne A Seeley           **Case/AP Number** 10-11636 **-FJB**
                                                     **Chapter** 11

        #23 Amended Notice of 521 Statement of Surrender (30 Glendon Way, Chatham, MA)
        filed by Debtors (R. Prousalis)

**COURT ACTION:**

#23_____Hearing held

_____Granted       _____ Approved   _____Moot

_____Denied        _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled     _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will take no action on this notice and the Debtors may file a motion to abandon the subject property.

                                IT IS SO ORDERED:

                                /s/ Frank J Bailey
                                _____Dated: 7/7/2010
                                Frank J. Bailey
                                United States Bankruptcy Judge