# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Asa K Seeley and Lynne A Seeley

**Case/AP Number** 10-11636 **-FJB**

**Chapter** 11

Doc# 39 Motion filed by Debtor Asa K Seeley II, Joint Debtor Lynne A Seeley to Abandon Property

**COURT ACTION:**

_____Hearing held

_____Granted      _____ Approved    _____Moot

_____Denied       _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Granted:  the properties at 7 Granville Court, Haverhill, MA and 30 Glendon Way, South Chatham, MA are hereby deemed abandoned.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 7/30/10

Frank J. Bailey
United States Bankruptcy Judge