# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SEELEY II, ASA K | § | Case No. 10-11636 |
| SEELEY, LYNNE A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH  BRAUNSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on          , and it was converted to chapter 7 on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH  BRAUNSTEIN
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Asa K. Seeley II and | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 450 American Street SV 416 Simi Valley, CA 93065 | | | | | |
| | Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | | | | |
| | Capital One bank 1130 Industiplex Boulevard Salt Lake City, UT 84130-0285 | | | | | |
| | Chase 10790 Ranch Bernardo Road San Diego, CA 92127 | | | | | |
| | Chickering Condominium Association c/o Great North Management 95 Brewery Lane, #10 Portsmouth, NH 03801 | | | | | |
| | Marshall & Isley Bank 770 N. Water Street Milwaukee, WI 53202-3593 | | | | | |
| | Wheels Automotive PO Box 38 Brimfield, MA 01010 | | | | | |
| 000010 | BANK OF NEW YORK MELLON AS TRUSTEE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CHASE HOME FINANCE, LLC | | | | | |
| 000009 | ISLINGTON STREET, LLC | | | | | |
| 000006 | MARSHALL & ISLEY BANK | | | | | |
| 000013 | U.S. BANK NATIONAL ASSOCIATION, AS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH BRAUNSTEIN, TRUSTEE | | | | | |
| JOSEPH BRAUNSTEIN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| UNITED STATES TRUSTEE | | | | | |
| RIEMER & BRAUNSTEIN LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RIEMER & BRAUNSTEIN LLP | | | | | |
| STEVEN A. GABOVITCH, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008A | MASSACHUSETTS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | BAY STATE GAS COMPANY | | | | | |
| 000003 | CAMDAD HERNANDEZ | | | | | |
| 000004 | CHICKERING CONDOMINIUM ASSOCIATION | | | | | |
| 000015 | COLUMBIA GAS OF MASS. | | | | | |
| 000011 | HSBC BANK NEVADA, N.A. | | | | | |
| 000012 | HSBC BANK NEVADA, N.A. | | | | | |
| 000007 | METRO CREDIT UNION | | | | | |
| 000016 | METRO CREDIT UNION | | | | | |
| 000002 | NATIONAL GRID | | | | | |
| 000008B | MASSACHUSETTS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-11636    FJB    Judge: Frank  J. Bailey | |
| Case Name: | SEELEY II, ASA K | |
| | SEELEY, LYNNE A | |
| For Period Ending: | 05/09/13 | |

| | |
|---|---|
| Trustee Name: | JOSEPH  BRAUNSTEIN |
| Date Filed (f) or Converted (c): | 11/04/11 (c) |
| 341(a) Meeting Date: | 12/13/11 |
| Claims Bar Date: | 07/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12 Edgewood Terrace  North Reading, MA | 263,500.00 | 0.00 | | 0.00 | FA |
| 2. 565 Chickering Road, Unit 1, North Reading, MA | 540,000.00 | 0.00 | | 0.00 | FA |
| 3. 7 Granville Court, Haverhill,  MA | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 30 Glendon Way, Chatham, MA | 459,500.00 | 0.00 | OA | 0.00 | FA |
| 5. Escrow  Money | 24,498.00 | 13,966.72 | | 24,498.00 | FA |
| 6. Salem Five Dlp Account xxx7170 | 318.15 | 0.00 | | 360.29 | FA |
| 7. Salem Five Dip xxx5410 | 37.81 | 0.00 | | 37.81 | FA |
| 8. Salem Five DIP xxx7154 | 110.70 | 0.00 | | 110.70 | FA |
| 9. Salem Five DIP 5402 | 2.06 | 0.00 | | 2.06 | FA |
| 10. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 11. metro credit union | 0.00 | 0.00 | | 0.00 | FA |
| 12. HOUSEHOLD GOODS | 7,100.00 | 0.00 | | 0.00 | FA |
| 13. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 14. FUR AND JEWELRY | 0.00 | 0.00 | | 0.00 | FA |
| 15. FIREARMS AND HOBBY EQUIPMENT | 2,000.00 | Unknown | | 0.00 | FA |
| 16. IRA/ERISA/KEOGH/OTHER PENSIONS | 119,450.00 | Unknown | | 0.00 | FA |
| 17. STOCK & INTERESTS IN BUSINESSES | 100.00 | Unknown | | 0.00 | FA |
| 18. 2003 Ford F250 | 5,791.00 | Unknown | | 0.00 | FA |
| 19. Kawasaki ZR750 | 1,500.00 | Unknown | | 0.00 | FA |
| 20. 1997 Dodge Ram Van | 0.00 | Unknown | | 0.00 | FA |
| 21. 1995 Dodge Ram, hanicapped modified | 1,500.00 | Unknown | | 0.00 | FA |
| 22. OFFICE EQUIPMENT, FURNISHINGS | 1,500.00 | Unknown | | 0.00 | FA |
| 23. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 24. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.96 | FA |

Gross Value of Remaining Assets

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

| Case No: | 10-11636 | FJB | Judge: Frank J. Bailey |
|---|---|---|---|
| Case Name: | SEELEY II, ASA K | | |
| | SEELEY, LYNNE A | | |

| Trustee Name: | JOSEPH BRAUNSTEIN |
|---|---|
| Date Filed (f) or Converted (c): | 11/04/11 (c) |
| 341(a) Meeting Date: | 12/13/11 |
| Claims Bar Date: | 07/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,487,407.72 | $13,966.72 | | $25,010.82 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Final Hearing is Scheduled for April 2, 2013 at 10:00

RE PROP# 1---Scedules originally filed with a value of $300,000.00.  They were amended on December 8, 2011

RE PROP# 2---original filed with an unknow value was amened on  December 8, 2011

RE PROP# 3---was original filed with secured balance of $220,500.00;  Order allowing abandonment on July 30, 2010

RE PROP# 4---original listed with secured interest of $495680.00.  Order allowing abandonment on July 30, 2010. MFR

    granted July 1, 2010 and September 29, 2011

RE PROP# 5---schedules amended to add this account - exemption claimed in the amount of $10,531.28; source of funds is

    the Debtors 2010 federal tax refund.

RE PROP# 6---schedules amended to add this account

RE PROP# 7---schedules amended to add this account

RE PROP# 8---schedules amended to add this account

RE PROP# 9---schedules amended to add this account

RE PROP# 10---schedules amended to remove cash/checking account of 150.00

RE PROP# 11---schedules amended to remove this account

RE PROP# 12---amended on December 8, 2011 to claim an exemption

RE PROP# 13---schedules amended to change value from 250.00 and to claim an exemption

RE PROP# 14---schedules amended to remove jewlry

RE PROP# 15---amended to add retirrement

RE PROP# 16---amended to add retirrement

RE PROP# 17---amended to change value from unknown

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-11636     FJB     Judge: Frank  J. Bailey | Trustee Name: | JOSEPH  BRAUNSTEIN |
| Case Name: | SEELEY II, ASA K | Date Filed (f) or Converted (c): | 11/04/11 (c) |
| | SEELEY, LYNNE A | 341(a) Meeting Date: | 12/13/11 |
| | | Claims Bar Date: | 07/09/12 |

RE PROP# 18---amended to schnage value from 6,400.00

RE PROP# 19---amended to change value from 2,995.00

RE PROP# 20---schedules were amended to remove vehicle

RE PROP# 21---schedules amended to add this

RE PROP# 22---schedules amended to add this

RE PROP# 23---schedules amended to remove cat an dog

Initial Projected Date of Final Report (TFR): 10/30/12          Current Projected Date of Final Report (TFR): 03/30/13

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-11636  -FJB |
| Case Name: | SEELEY II, ASA K |
| | SEELEY, LYNNE A |
| Taxpayer ID No: | *******7868 |
| For Period Ending: | 05/09/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH  BRAUNSTEIN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9860  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 35,750,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7.08 | | 7.08 |
| 10/04/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 24,704.60 | | 24,711.68 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.22 | 24,697.46 |
| 11/16/12 | 010001 | Asa K. Seeley II and | Debtors Expemption | 8100-000 | | 10,531.28 | 14,166.18 |
| | | Lynne A. Seeley | under 11 USC 522(b)(3) | | | | |
| | | c/o Robert Prousalis | MA Gen Laws c.246  28A  $4,531.28 | | | | |
| | | Prosalsi & Papantonakis, PC | MA Gen Laws c. 235 34(17)  $6,000.00 | | | | |
| | | 50 Salem St, Bldg B | | | | | |
| | | Lynnfield, MA 01940 | | | | | |
| 04/04/13 | 010002 | STEVEN A. GABOVITCH, CPA | Final distribution allowed | 3410-000 | | 665.00 | 13,501.18 |
| | | 378 PAGE STREET, UNIT #3 | per order dated 03/21/13 | | | | |
| | | STOUGHTON, MA 02072 | | | | | |
| 04/04/13 | 010003 | RIEMER & BRAUNSTEIN LLP | Final distribution allowed | 3110-000 | | 4,000.00 | 9,501.18 |
| | | COUNSEL TO CHAPTER 7 TRUSTEE | per order dated 03/21/13 | | | | |
| | | THREE CENTER PLAZA | | | | | |
| | | BOSTON, MA 02108 | | | | | |
| 04/04/13 | 010004 | RIEMER & BRAUNSTEIN LLP | Final distribution allowed | 3120-000 | | 90.45 | 9,410.73 |
| | | COUNSEL TO CHAPTER 7 TRUSTEE | per order dated 03/21/13 | | | | |
| | | THREE CENTER PLAZA | | | | | |
| | | BOSTON, MA 02108 | | | | | |
| 04/04/13 | 010005 | JOSEPH BRAUNSTEIN, TRUSTEE | Final distribution allowed | 2100-000 | | 2,197.95 | 7,212.78 |
| | | RIEMER & BRAUNSTEIN LLP | per order dated 03/21/13 | | | | |
| | | THREE CENTER PLAZA | | | | | |
| | | BOSTON MA 02108 | | | | | |
| 04/04/13 | 010006 | JOSEPH BRAUNSTEIN, TRUSTEE | Final distribution allowed | 2200-000 | | 89.85 | 7,122.93 |
| | | RIEMER & BRAUNSTEIN LLP | per order dated 03/21/13 | | | | |
| | | THREE CENTER PLAZA | | | | | |
| | | BOSTON MA 02108 | | | | | |
| 04/04/13 | 010007 | UNITED STATES TRUSTEE | Final distribution allowed | 2950-000 | | 3,941.28 | 3,181.65 |

| | | Page Subtotals | 24,711.68 | 21,530.03 |
|---|---|---|---|---|

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.01

FORM 2                                                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 10-11636 -FJB | | Trustee Name: | JOSEPH  BRAUNSTEIN |
| Case Name: | SEELEY II, ASA K | | Bank Name: | ASSOCIATED BANK |
| | SEELEY, LYNNE A | | Account Number / CD #: | *******9860  Checking - Non Interest |
| Taxpayer ID No: | *******7868 | | | |
| For Period Ending: | 05/09/13 | | Blanket Bond (per case limit): | $ 35,750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/13 | 010008 | WILLIAM K. HARRINGTON<br>5 POST OFFICE SQUARE, RM. 1000<br>BOSTON, MA 02109<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY UNIT<br>P.O. BOX 9564<br>BOSTON, MA 02114 | per order dated 03/21/13<br><br>Final distribution allowed<br>per order dated 03/21/13 | 5800-000 | | 3,181.65 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 24,711.68 | 24,711.68 | 0.00 |
| Less:  Bank Transfers/CD's | | 24,711.68 | 0.00 | |
| Subtotal | | 0.00 | 24,711.68 | |
| Less:  Payments to Debtors | | | 10,531.28 | |
| Net | | 0.00 | 14,180.40 | |

Page Subtotals                          0.00              3,181.65

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| Case No: | 10-11636 -FJB | | Trustee Name: | JOSEPH BRAUNSTEIN |
| Case Name: | SEELEY II, ASA K | | Bank Name: | BANK OF AMERICA |
| | SEELEY, LYNNE A | | Account Number / CD #: | *******6508  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7868 | | | |
| For Period Ending: | 05/09/13 | | Blanket Bond (per case limit): | $ 35,750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/11 | 5 | Prousalis & Papantonakis, P.C. Escrow Account 50 Salem Street, Bldg B Lynnfield, MA 01940 | Bank Account Balance "non-exempt cash" tax refund money 2010 return | 1129-000 | 13,966.72 | | 13,966.72 |
| 12/15/11 | 5 | Prousalis & Papantonakis, P.C. Escrow Account 50 Salem Street, Bldg B Lynnfield, MA 01940 | Bank Account Balance "exempted funds" tax refund money refund from 2010 | 1129-000 | 10,531.28 | | 24,498.00 |
| 12/20/11 | * NOTE * | Salem Five Official Check Salem, MA 01970 | Bank accounts closed ***7170, 7145, 5410, 5402 * NOTE * Properties 6, 7, 8, 9 | 1129-000 | 510.86 | | 25,008.86 |
| 12/30/11 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 25,008.93 |
| 01/23/12 | | Transfer to Acct #*******6511 | Bank Funds Transfer | 9999-000 | | 25.00 | 24,983.93 |
| 01/31/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.22 | | 24,984.15 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 32.79 | 24,951.36 |
| 02/29/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,951.56 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 29.66 | 24,921.90 |
| 03/30/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,922.10 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 30.64 | 24,891.46 |
| 04/30/12 | 24 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 24,891.67 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 31.62 | 24,860.05 |
| 05/31/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,860.26 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 31.58 | 24,828.68 |
| 06/29/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,828.88 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 29.51 | 24,799.37 |
| 07/31/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.22 | | 24,799.59 |

| | | Page Subtotals | | | 25,010.39 | 210.80 | |

Ver: 17.01

FORM 2                                                                                          Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 10-11636  -FJB | | Trustee Name: | JOSEPH  BRAUNSTEIN |
| Case Name: | SEELEY II, ASA K | | Bank Name: | BANK OF AMERICA |
| | SEELEY, LYNNE A | | Account Number / CD #: | *******6508  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7868 | | | |
| For Period Ending: | 05/09/13 | | Blanket Bond (per case limit): | $ 35,750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 32.52 | 24,767.07 |
| 08/31/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,767.28 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 31.47 | 24,735.81 |
| 09/28/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,736.01 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 28.39 | 24,707.62 |
| 10/04/12 | 24 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 24,707.64 |
| 10/04/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 3.04 | 24,704.60 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/04/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 24,704.60 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 25,010.82 | 25,010.82 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 24,729.60 | |
| Subtotal | 25,010.82 | 281.22 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 25,010.82 | 281.22 | |

Page Subtotals                    0.43           24,800.02

FORM 2

Page:   5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-11636  -FJB |
|---|---|
| Case Name: | SEELEY II, ASA K |
| | SEELEY, LYNNE A |
| Taxpayer ID No: | *******7868 |
| For Period Ending: | 05/09/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH  BRAUNSTEIN |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6511  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 35,750,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/12 | | Transfer from Acct #*******6508 | Bank Funds Transfer | 9999-000 | 25.00 | | 25.00 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 24.99 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.03 | 24.96 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.03 | 24.93 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.03 | 24.90 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.03 | 24.87 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.03 | 24.84 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.03 | 24.81 |
| 08/09/12 | 001001 | INTERNATIONAL SURETIES, LTD. | #016027600 Blanket Bond | 2300-000 | | 17.70 | 7.11 |
| | | 701 POYDRAS ST. | Term: 8/1/12 hru 8/1/13 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.02 | 7.09 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 7.08 |
| 10/04/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7.08 | 0.00 |

|  | COLUMN TOTALS | 25.00 | 25.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 25.00 | 7.08 | |
| Subtotal | | 0.00 | 17.92 | |
| | Less:  Payments to Debtors | | 0.00 | |
| Net | | 0.00 | 17.92 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******9860 | 0.00 | 14,180.40 | 0.00 |
| Money Market - Interest Bearing - *******6508 | 25,010.82 | 281.22 | 0.00 |
| Checking - Non Interest - *******6511 | 0.00 | 17.92 | 0.00 |
| | 25,010.82 | 14,479.54 | 0.00 |

Page Subtotals          25.00          25.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-11636  -FJB | Trustee Name: | JOSEPH  BRAUNSTEIN |
| Case Name: | SEELEY II, ASA K | Bank Name: | BANK OF AMERICA |
| | SEELEY, LYNNE A | Account Number / CD #: | *******6511  Checking - Non Interest |
| Taxpayer ID No: | *******7868 | | |
| For Period Ending: | 05/09/13 | Blanket Bond (per case limit): | $ 35,750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |  |
|---|---|---|---|
| Page Subtotals | | 0.00 | 0.00 |

Ver: 17.01